**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Case Number 17-cv-00612-RM-MEH

Tan Nguyen,

      Plaintiff,

v.

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
and Trans Union, LLC,

      Defendants.

---

**ORDER GRANTING STIPULATION TO DISMISS TRANS UNION LLC**
**WITH PREJUDICE**

---

      Plaintiff Tan Nguyen has announced to the Court that all matters in controversy against

Defendant Trans Union LLC have been resolved. A Stipulation to Dismiss Trans Union LLC

with Prejudice has been signed and filed with the Court (ECF No. 34).  Having considered the

Stipulation, and with no objections having been made, it is hereby:

      ORDERED that the claims and causes of action asserted herein by Plaintiff Tan Nguyen

against Defendant Trans Union LLC only are hereby DISMISSED WITH PREJUDICE, with

costs and attorneys' fees to be paid by the party incurring the same.  All other Defendants remain

in the case; and it is

FURTHER ORDERED that Defendant Trans Union LLC's name shall be removed from the caption in all future filings with the Court.

DATED this 21st day of July, 2017.

BY THE COURT:

RAYMOND P. MOORE
United States District Court Judge