IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action Number 17-cv-00612-RM-MEH

Tan Nguyen,

  Plaintiff,

v.

Equifax Information Services, LLC;
and Experian Information Solutions, Inc.,

  Defendants.

---

### ORDER GRANTING STIPULATION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

---

  Plaintiff Tan Nguyen has announced to the Court that all matters in controversy against Defendant Equifax Information Services, LLC have been resolved. A Stipulation to Dismiss Equifax Information Services, LLC with Prejudice (ECF No. 49) has been signed and filed with the Court. Having considered the Stipulation, the Court makes and delivers the following ruling:

  IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Tan Nguyen against Defendant Equifax Information Services, LLC are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same. The remaining Defendant (Experian Information Solutions, Inc.) shall remain in the case; and it is

  FURTHER ORDERED that Defendant Equifax Information Services, LLC's name shall be removed from the caption in all future filings with the Court.

  DATED this 4th day of October, 2017.

              BY THE COURT:

              _____
              RAYMOND P. MOORE
              United States District Court Judge