UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action Number 17-cv-00612-RM-MEH

TAN NGUYEN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

_____

**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**
_____

Plaintiff Tan Nguyen has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc. have been resolved. A Stipulation to Dismiss Case with Prejudice has been signed and filed with the Court (ECF No. 54). Having considered the Stipulation, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Tan Nguyen against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

Dated this 17th day of November, 2017.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge